# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: S-TRAN HOLDINGS, INC., *et al.*[1] <br> Debtors. | ) Chapter 11 <br> ) Case No. 05-11391 (KJC) <br> ) (Jointly Administered) |
| SERVICE TRANSPORT, INC., <br> Plaintiff, <br> v. <br> FALCON LOGISTICS, INC., <br> Defendant. | ) Adv. Pro. No. 07-_____ (__) |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
>
> Laura Davis Jones, Esquire
> Michael R. Seidl, Esquire
> Steven J. Kahn, Esquire
> Pachulski Stang Ziehl Young Jones & Weintraub LLP
> 919 N. Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705 (Courier 19801)
> Telephone: 302-652-4100
> Facsimile: 302-652-4400

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: <br> 824 North Market Street <br> Wilmington, DE 19801 | _____ <br> Date and Time: TBD |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States
Bankruptcy Court for
the District of Delaware

Date: __05-08-07__

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

---

[1] The debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

80960-001\DOCS_DE:127245.13