# CERTIFICATE OF SERVICE

I, _____Michael R. Seidl_____, certify that I am, and at all times during the service of process was,
      (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __May 8, 2007__ by:
                                                                           (date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, and certified mail, return receipt requested, addressed to parties on the attached service list.

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__May 8, 2007__                    _/s/ Michael R. Seidl_
Date                                       Signature

Print Name:
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)