**Service Transport, Inc. v. Falcon Logistics, Inc.**
Document No. 127130
02 – First Class Mail
02 - Certified Mail, Return Receipt Requested

**First Class Mail and Certified Mail, Return Receipt Requested**
David E. Burns, Registered Agent
Falcon Logistics, Inc.
3003 Brick Church Pike
Nashville, TN 37207

**First Class Mail and Certified Mail, Return Receipt Requested**
Roger Rumsey, President
Falcon Logistics Inc.
3003 Brick Church Pike
Nashville, TN 37207