IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| S-TRAN HOLDINGS, INC., *et al.*,[1] | ) ) ) ) | Case No. 05-11391 (KJC) (Jointly Administered) |
| Debtors. | ) ) | |
| SERVICE TRANSPORT, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |

| | | |
|---|---|---|
| Loyal Systems, Inc. | ) | Adv. Case No. 07-51273 (CSS) |
| Goodyear Tire and Rubber Co. | ) | Adv. Case No. 07-51274 (CSS) |
| Load One Inc. | ) | Adv. Case No. 07-51275 (CSS) |
| V and S Transportation, Inc. | ) | Adv. Case No. 07-51276 (CSS) |
| United Parts Supply, Inc. | ) | Adv. Case No. 07-51277 (CSS) |
| U.S. Security Associates, Inc. | ) | Adv. Case No. 07-51278 (CSS) |
| Tommy Thore | ) | Adv. Case No. 07-51279 (CSS) |
| Straight A Express Inc. | ) | Adv. Case No. 07-51280 (CSS) |
| W.M. Burnett Truck Line, Inc. | ) | Adv. Case No. 07-51281 (CSS) |
| John's Truck Repair, Inc. | ) | Adv. Case No. 07-51282 (CSS) |
| Beacon Transport, LLC | ) | Adv. Case No. 07-51283 (CSS) |
| Norrenberns Truck Service, Inc. | ) | Adv. Case No. 07-51284 (CSS) |
| Sun Logistics Group, Inc. | ) | Adv. Case No. 07-51285 (CSS) |
| Satoma, LLC, *et al.* | ) | Adv. Case No. 07-51286 (CSS) |
| Quality Business Systems | ) | Adv. Case No. 07-51287 (CSS) |
| A & B Truck Service Incorporated | ) | Adv. Case No. 07-51288 (CSS) |
| Mid-States Express, Inc. | ) | Adv. Case No. 07-51289 (CSS) |
| Three Way Transfer Of Arkansas | ) | Adv. Case No. 07-51290 (CSS) |
| Cowan Systems LLC | ) | Adv. Case No. 07-51292 (CSS) |
| Bill Fowlers Bodyworks | ) | Adv. Case No. 07-51293 (CSS) |
| Ball and Ball Trucking, Inc. | ) | Adv. Case No. 07-51294 (CSS) |
| Benton Express, Inc. | ) | Adv. Case No. 07-51295 (CSS) |
| Daylight Transport, LLC | ) | Adv. Case No. 07-51296 (CSS) |
| Dillon Transportation, LLC | ) | Adv. Case No. 07-51297 (CSS) |

---

[1] The debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

1

| | |
|---|---|
| Brown Cartage Company, Inc. | ) Adv. Case No. 07-51299 (CSS) |
| CFOex | ) Adv. Case No. 07-51300 (CSS) |
| Bridgestone Firestone North America Tire, LLC | ) Adv. Case No. 07-51301 (CSS) |
| Falcon Logistics, Inc. | ) Adv. Case No. 07-51302 (CSS) |
| Gibson Propane Inc. | ) Adv. Case No. 07-51303 (CSS) |
| G & K Services Co. | ) Adv. Case No. 07-51304 (CSS) |
| Godfrey Transportation, Inc. | ) Adv. Case No. 07-51305 (CSS) |
| Fuel Masters, LLC | ) Adv. Case No. 07-51306 (CSS) |
| Greggs Wrecker Service, LLC | ) Adv. Case No. 07-51307 (CSS) |
| Genesco, Inc. | ) Adv. Case No. 07-51310 (CSS) |
| Hollingsworth Oil Company Inc. | ) Adv. Case No. 07-51311 (CSS) |
| ITC Deltacom, Inc. | ) Adv. Case No. 07-51312 (CSS) |
| Hughes Supply, Inc. | ) Adv. Case No. 07-51313 (CSS) |
| Wichita-Southeast Kansas Transit, Inc. | ) Adv. Case No. 07-51314 (CSS) |
| FedEx Freight East, Inc. | ) Adv. Case No. 07-51315 (CSS) |
| Royal Purple Transportation Marketing, L.L.C. | ) Adv. Case No. 07-51316 (CSS) |
| Guy Wolfenbarger, *et al.* | ) Adv. Case No. 07-51317 (CSS) |
| Parrish Tire Company, Inc. | ) Adv. Case No. 07-51319 (CSS) |
| Roadrunner Freight Systems, Inc. | ) Adv. Case No. 07-51320 (CSS) |
| Lakeland Industries Inc. | ) Adv. Case No. 07-51321 (CSS) |
| JNJ Logistics, L.L.C. | ) Adv. Case No. 07-51322 (CSS) |
| Nextel West Corp. d/b/a Nextel Communications | ) Adv. Case No. 07-51323 (CSS) |
| Old Dominion Freight Line, Inc. | ) Adv. Case No. 07-51324 (CSS) |
| Kann Enterprises, Inc. | ) Adv. Case No. 07-51325 (CSS) |
| JT/SG Enterprises, Inc. d/b/a Solutions Staffing | ) Adv. Case No. 07-51326 (CSS) |
| Robert Proffitt Trucking | ) Adv. Case No. 07-51327 (CSS) |
| Red Hed Oil Co. | ) Adv. Case No. 07-51328 (CSS) |
| Tri-State Express, Inc. | ) Adv. Case No. 07-51329 (CSS) |
| Ryder Dedicated Logistics, Inc., A Delaware Corporation | ) Adv. Case No. 07-51331 (CSS) ) |
| Shipper's Consolidation and Distribution, Inc. | ) Adv. Case No. 07-51332 (CSS) |
| Ferrellgas | ) Adv. Case No. 07-51333 (CSS) |
| J.T. McKinney Co., Inc. d/b/a McKinney Trailer Rentals and McKinney Trailers & Containers and Les Dobson d/b/a McKinney Trailer Rentals and McKinney Trailers & Containers | ) Adv. Case No. 07-51334 (CSS) ) ) ) |
| Workflow Solutions, LLC, A Delaware Limited Liability Company | ) Adv. Case No. 07-51335 (CSS) ) |
| TruckPro, Inc. and TruckPro Parts, Inc. | ) Adv. Case No. 07-51336 (CSS) |
| NPCR Inc. d/b/a Nextel Partners, Inc. | ) Adv. Case No. 07-51337 (CSS) |
| QI Exchange, LLC | ) Adv. Case No. 07-51338 (CSS) |

**NOTICE OF AGENDA OF PREFERENCE ACTIONS SCHEDULED
FOR PRETRIAL CONFERENCE ON JUNE 27, 2007, AT 10:00 A.M.**

**Pretrial Conference:**

**Section One: Settled Matters**

1. Complaint for Avoidance and Recovery of Preferential Transfers against Bill Fowlers Bodyworks (Adversary Case No. 07-51293) (Filed May 8, 2007; Docket No. 787).

2. Complaint for Avoidance and Recovery of Preferential Transfers against Kann Enterprises, Inc. (Adversary Case No. 07-51325) (Filed May 9, 2007; Docket No. 818).

3. Complaint for Avoidance and Recovery of Preferential Transfers against Ryder Dedicated Logistics, Inc., A Delaware Corporation (Adversary Case No. 07-51331) (Filed May 10, 2007; Docket No. 823).

   **Status: The foregoing matters have been settled, and the Debtors have dismissed the complaints.**

4. Complaint for Avoidance and Recovery of Preferential Transfers against The Goodyear Tire & Rubber Company (Adversary Case No. 07-51274) (Filed May 7, 2007; Docket No. 769).

5. Complaint for Avoidance and Recovery of Preferential Transfers against Dillon Transportation, LLC (Adversary Case No. 07-51297) (Filed May 8, 2007; Docket No. 791).

6. Complaint for Avoidance and Recovery of Preferential Transfers against Gibson Propane Inc. (Adversary Case No. 07-51303) (Filed May 8, 2007; Docket No. 797).

7. Complaint for Avoidance and Recovery of Preferential Transfers against G & K Services Co. (Adversary Case No. 07-51304) (Filed May 8, 2007; Docket No. 798).

8. Complaint for Avoidance and Recovery of Preferential Transfers against Royal Purple Transportation Marketing, L.L.C. (Adversary Case No. 07-51316) (Filed May 8, 2007; Docket No. 810).

9. Complaint for Avoidance and Recovery of Preferential Transfers against Old Dominion Freight Line, Inc. (Adversary Case No. 07-51324) (Filed May 9, 2007; Docket No. 817).

10. Complaint for Avoidance and Recovery of Preferential Transfers against J.T. McKinney Co., Inc. d/b/a McKinney Trailer Rentals and McKinney Trailers & Containers and Les Dobson d/b/a McKinney Trailer Rentals and McKinney Trailers & Containers (Adversary Case No. 07-51334) (Filed May 10, 2007; Docket No. 826).

11. Complaint for Avoidance and Recovery of Preferential Transfers against Workflow Solutions, LLC, A Delaware Limited Liability Company (Adversary Case No. 07-51335) (Filed May 10, 2007; Docket No. 827).

12. Complaint for Avoidance and Recovery of Preferential Transfers against QI Exchange, LLC (Adversary Case No. 07-51338) (Filed May 10, 2007; Docket No. 830).

**Status: The foregoing matters have been settled, and the Debtors expect to dismiss each as the settlement becomes finalized and payment is received. No scheduling order is sought.**

<u>Section Two:</u> **Scheduling Order Sought—proposed form attached as Exhibit A hereto.**

1. Complaint for Avoidance and Recovery of Preferential Transfers against Loyal Systems, Inc. (Adversary Case No. 07-51273) (Filed May 7, 2007; Docket No. 768).

2. Complaint for Avoidance and Recovery of Preferential Transfers against Load One Inc. (Adversary Case No. 07-51275) (Filed May 7, 2007; Docket No. 770).

3. Complaint for Avoidance and Recovery of Preferential Transfers against V and S Transportation, Inc. (Adversary Case No. 07-51276) (Filed May 7, 2007; Docket No. 771).

4. Complaint for Avoidance and Recovery of Preferential Transfers against United Parts Supply, Inc. (Adversary Case No. 07-51277) (Filed May 7, 2007; Docket No. 772).

5. Complaint for Avoidance and Recovery of Preferential Transfers against U.S. Security Associates, Inc. (Adversary Case No. 07-51278) (Filed May 7, 2007; Docket No. 773).

6. Complaint for Avoidance and Recovery of Preferential Transfers against Tommy Thore, Inc. (Adversary Case No. 07-51279) (Filed May 7, 2007; Docket No. 774).

7. Complaint for Avoidance and Recovery of Preferential Transfers against Straight A Express Inc. (Adversary Case No. 07-51280) (Filed May 7, 2007; Docket No. 775).

8. Complaint for Avoidance and Recovery of Preferential Transfers against W.M. Burnett Truck Line, Inc. (Adversary Case No. 07-51281) (Filed May 8, 2007; Docket No. 776).

9. Complaint for Avoidance and Recovery of Preferential Transfers against John's Truck Repair Inc. (Adversary Case No. 07-51282) (Filed May 8, 2007; Docket No. 777).

10. Complaint for Avoidance and Recovery of Preferential Transfers against Beacon Transport, LLC (Adversary Case No. 07-51283) (Filed May 8, 2007; Docket No. 778).

11. Complaint for Avoidance and Recovery of Preferential Transfers against Norrenberns Truck Service, Inc. (Adversary Case No. 07-51284) (Filed May 8, 2007; Docket No. 779).

12. Complaint for Avoidance and Recovery of Preferential Transfers against Sun Logistics Group, Inc. (Adversary Case No. 07-51285) (Filed May 8, 2007; Docket No. 780).

13. Complaint for Avoidance and Recovery of Preferential Transfers against Satoma, LLC; 1952 Moreland Ave, LLC; Beverly Road, LLC; and 2301 Airport Boulevard, LLC (Adversary Case No. 07-51286) (Filed May 8, 2007; Docket No. 781).

14. Complaint for Avoidance and Recovery of Preferential Transfers against Quality Business Systems, Inc. (Adversary Case No. 07-51287) (Filed May 8, 2007; Docket No. 782).

15. Complaint for Avoidance and Recovery of Preferential Transfers against A & B Truck Service, Incorporated and James Barnett d/b/a A & B Truck Service (Adversary Case No. 07-51288) (Filed May 8, 2007; Docket No. 783).

16. Complaint for Avoidance and Recovery of Preferential Transfers against Mid-States Express, Inc. (Adversary Case No. 07-51289) (Filed May 8, 2007; Docket No. 784).

17. Complaint for Avoidance and Recovery of Preferential Transfers against Three Way Transfer of Arkansas and PCD, Inc., d/b/a Three Way Transfer of Arkansas (Adversary Case No. 07-51290) (Filed May 8, 2007; Docket No. 785).

18. Complaint for Avoidance and Recovery of Preferential Transfers against Cowan Systems LLC (Adversary Case No. 07-51292) (Filed May 8, 2007; Docket No. 786).

19. Complaint for Avoidance and Recovery of Preferential Transfers against Ball and Ball Trucking, Inc. (Adversary Case No. 07-51294) (Filed May 8, 2007; Docket No. 788).

20. Complaint for Avoidance and Recovery of Preferential Transfers against Benton Express, Inc. (Adversary Case No. 07-51295) (Filed May 8, 2007; Docket No. 789).

21. Complaint for Avoidance and Recovery of Preferential Transfers against DaylightTransport, LLC (Adversary Case No. 07-51296) (Filed May 8, 2007; Docket No. 790).

22. Complaint for Avoidance and Recovery of Preferential Transfers against Brown Cartage Company, Inc. (Adversary Case No. 07-51299) (Filed May 8, 2007; Docket No. 793).

23. Complaint for Avoidance and Recovery of Preferential Transfers against CFOEX, Inc. (Adversary Case No. 07-51300) (Filed May 8, 2007; Docket No. 794).

24. Complaint for Avoidance and Recovery of Preferential Transfers against Bridgestone Firestone North American Tire, LLC (Adversary Case No. 07-51301) (Filed May 8, 2007; Docket No. 795).

25. Complaint for Avoidance and Recovery of Preferential Transfers against Falcon Logistics, Inc. (Adversary Case No. 07-51302) (Filed May 8, 2007; Docket No. 796).

26. Complaint for Avoidance and Recovery of Preferential Transfers against Godfrey Transportation, Inc. (Adversary Case No. 07-51305) (Filed May 8, 2007; Docket No. 799).

27. Complaint for Avoidance and Recovery of Preferential Transfers against Fuel Masters, LLC (Adversary Case No. 07-51306) (Filed May 8, 2007; Docket No. 800).

28. Complaint for Avoidance and Recovery of Preferential Transfers against Greggs Wrecker Service, LLC (Adversary Case No. 07-51307) (Filed May 8, 2007; Docket No. 801).

29. Complaint for Avoidance and Recovery of Preferential Transfers against Genesco, Inc. (Adversary Case No. 07-51310) (Filed May 8, 2007; Docket No. 804).

30. Complaint for Avoidance and Recovery of Preferential Transfers against Hollingsworth Oil Company Inc. (Adversary Case No. 07-51311) (Filed May 8, 2007; Docket No. 805).

31. Complaint for Avoidance and Recovery of Preferential Transfers against ITC Deltacom, Inc. (Adversary Case No. 07-51312) (Filed May 8, 2007; Docket No. 806).

32. Complaint for Avoidance and Recovery of Preferential Transfers against Hughes Supply, Inc. (Adversary Case No. 07-51313) (Filed May 8, 2007; Docket No. 807).

33. Complaint for Avoidance and Recovery of Preferential Transfers against Wichita-Southeast Kansas Transit, Inc. (Adversary Case No. 07-51314) (Filed May 8, 2007; Docket No. 808).

34. Complaint for Avoidance and Recovery of Preferential Transfers against FedEx Freight East, Inc. (Adversary Case No. 07-51315) (Filed May 8, 2007; Docket No. 809).

35. Complaint for Avoidance and Recovery of Preferential Transfers against Guy Wolfenbarger and Carol J. Wolfenbarger, Individually and as General Partners d/b/a Viking Properties; and Viking Properties, a Partnership (Adversary Case No. 07-51317) (Filed May 8, 2007; Docket No. 811).

36. Complaint for Avoidance and Recovery of Preferential Transfers against Parrish Tire Company, Inc. (Adversary Case No. 07-51319) (Filed May 9, 2007; Docket No. 812).

37. Complaint for Avoidance and Recovery of Preferential Transfers against Roadrunner Freight Systems, Inc. (Adversary Case No. 07-51320) (Filed May 9, 2007; Docket No. 813).

38. Complaint for Avoidance and Recovery of Preferential Transfers against Lakeland Industries Inc. (Adversary Case No. 07-51321) (Filed May 9, 2007; Docket No. 814).

39. Complaint for Avoidance and Recovery of Preferential Transfers against JNJ Logistics, L.L.C. (Adversary Case No. 07-51322) (Filed May 9, 2007; Docket No. 815).

40. Complaint for Avoidance and Recovery of Preferential Transfers against Nextel West Corp. d/b/a Nextel Communications (Adversary Case No. 07-51323) (Filed May 9, 2007; Docket No. 816).

41. Complaint for Avoidance and Recovery of Preferential Transfers against JT/SG Enterprises, Inc. D/B/A Solutions Staffing (Adversary Case No. 07-51326) (Filed May 9, 2007; Docket No. 819).

42. Complaint for Avoidance and Recovery of Preferential Transfers against Robert Proffitt Trucking Inc. (Adversary Case No. 07-51327) (Filed May 9, 2007; Docket No. 820).

43. Complaint for Avoidance and Recovery of Preferential Transfers against Red Hed Oil Co. (Adversary Case No. 07-51328) (Filed May 9, 2007; Docket No. 821).

44. Complaint for Avoidance and Recovery of Preferential Transfers against Tri-State Express, Inc. (Adversary Case No. 07-51329) (Filed May 9, 2007; Docket No. 822).

45. Complaint for Avoidance and Recovery of Preferential Transfers; Turnover of Estate Property; and Conversion against Shipper's Consolidation and Distribution, Inc. (Adversary Case No. 07-51332) (Filed May 10, 2007; Docket No. 824).

46. Complaint for Avoidance and Recovery of Preferential Transfers against Ferrellgas (Adversary Case No. 07-51333) (Filed May 10, 2007; Docket No. 825).

47. Complaint for Avoidance and Recovery of Preferential Transfers against TruckPro, Inc. and TruckPro Parts, Inc. (Adversary Case No. 07-51336) (Filed May 10, 2007; Docket No. 828).

48. Complaint for Avoidance and Recovery of Preferential Transfers against NPCR Inc. d/b/a Nextel Partners, Inc. and Nextel Partners, Inc. (Adversary Case No. 07-51337) (Filed May 10, 2007; Docket No. 829).

**Status: The Debtors have circulated to defendants or, where an answer has been filed, to their counsel a proposed scheduling order substantially in the form attached hereto as Exhibit A. The Debtors expect to seek entry of the proposed order with respect to each of the foregoing defendants.**

Dated: June 25, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ [signature]*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (Bar No. 3889)
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszyjw.com
       dbertenthal@pszyjw.com
       mseidl@pszyjw.com

—and—

Jason S. Pomerantz (CA Bar No. 157216)
Steven J. Kahn (CA Bar No. 76933)
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jspomerantz@pszyjw.com
       skahn@pszyjw.com

Attorneys for Debtors/Plaintiff