IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| S-TRAN HOLDINGS, INC., et al.,[1] | ) ) ) ) | Case No. 05-11391 (KJC) (Jointly Administered) |
| Debtors. | ) ) | |
| SERVICE TRANSPORT, INC., Plaintiff, v. | ) ) ) ) ) ) ) ) | |

| | | |
|---|---|---|
| Loyal Systems, Inc. | ) | Adv. Case No. 07-51273 (CSS) |
| Goodyear Tire and Rubber Co. | ) | Adv. Case No. 07-51274 (CSS) |
| Load One Inc. | ) | Adv. Case No. 07-51275 (CSS) |
| V and S Transportation, Inc. | ) | Adv. Case No. 07-51276 (CSS) |
| United Parts Supply, Inc. | ) | Adv. Case No. 07-51277 (CSS) |
| U.S. Security Associates, Inc. | ) | Adv. Case No. 07-51278 (CSS) |
| Tommy Thore | ) | Adv. Case No. 07-51279 (CSS) |
| Straight A Express Inc. | ) | Adv. Case No. 07-51280 (CSS) |
| W.M. Burnett Truck Line, Inc. | ) | Adv. Case No. 07-51281 (CSS) |
| John's Truck Repair, Inc. | ) | Adv. Case No. 07-51282 (CSS) |
| Beacon Transport, LLC | ) | Adv. Case No. 07-51283 (CSS) |
| Norrenberns Truck Service, Inc. | ) | Adv. Case No. 07-51284 (CSS) |
| Sun Logistics Group, Inc. | ) | Adv. Case No. 07-51285 (CSS) |
| Satoma, LLC, et al. | ) | Adv. Case No. 07-51286 (CSS) |
| Quality Business Systems | ) | Adv. Case No. 07-51287 (CSS) |
| A & B Truck Service Incorporated | ) | Adv. Case No. 07-51288 (CSS) |
| Mid-States Express, Inc. | ) | Adv. Case No. 07-51289 (CSS) |
| Three Way Transfer Of Arkansas | ) | Adv. Case No. 07-51290 (CSS) |
| Cowan Systems LLC | ) | Adv. Case No. 07-51292 (CSS) |
| Bill Fowlers Bodyworks | ) | Adv. Case No. 07-51293 (CSS) |
| Ball and Ball Trucking, Inc. | ) | Adv. Case No. 07-51294 (CSS) |
| Benton Express, Inc. | ) | Adv. Case No. 07-51295 (CSS) |
| Daylight Transport, LLC | ) | Adv. Case No. 07-51296 (CSS) |
| Dillon Transportation, LLC | ) | Adv. Case No. 07-51297 (CSS) |

---

[1] The debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

| | | |
|---|---|---|
| Brown Cartage Company, Inc. | ) | Adv. Case No. 07-51299 (CSS) |
| CFOex | ) | Adv. Case No. 07-51300 (CSS) |
| Bridgestone Firestone North America Tire, LLC | ) | Adv. Case No. 07-51301 (CSS) |
| Falcon Logistics, Inc. | ) | Adv. Case No. 07-51302 (CSS) |
| Gibson Propane Inc. | ) | Adv. Case No. 07-51303 (CSS) |
| G & K Services Co. | ) | Adv. Case No. 07-51304 (CSS) |
| Godfrey Transportation, Inc. | ) | Adv. Case No. 07-51305 (CSS) |
| Fuel Masters, LLC | ) | Adv. Case No. 07-51306 (CSS) |
| Greggs Wrecker Service, LLC | ) | Adv. Case No. 07-51307 (CSS) |
| Genesco, Inc. | ) | Adv. Case No. 07-51310 (CSS) |
| Hollingsworth Oil Company Inc. | ) | Adv. Case No. 07-51311 (CSS) |
| ITC Deltacom, Inc. | ) | Adv. Case No. 07-51312 (CSS) |
| Hughes Supply, Inc. | ) | Adv. Case No. 07-51313 (CSS) |
| Wichita-Southeast Kansas Transit, Inc. | ) | Adv. Case No. 07-51314 (CSS) |
| FedEx Freight East, Inc. | ) | Adv. Case No. 07-51315 (CSS) |
| Royal Purple Transportation Marketing, L.L.C. | ) | Adv. Case No. 07-51316 (CSS) |
| Guy Wolfenbarger, *et al.* | ) | Adv. Case No. 07-51317 (CSS) |
| Parrish Tire Company, Inc. | ) | Adv. Case No. 07-51319 (CSS) |
| Roadrunner Freight Systems, Inc. | ) | Adv. Case No. 07-51320 (CSS) |
| Lakeland Industries Inc. | ) | Adv. Case No. 07-51321 (CSS) |
| JNJ Logistics, L.L.C. | ) | Adv. Case No. 07-51322 (CSS) |
| Nextel West Corp. d/b/a Nextel Communications | ) | Adv. Case No. 07-51323 (CSS) |
| Old Dominion Freight Line, Inc. | ) | Adv. Case No. 07-51324 (CSS) |
| Kann Enterprises, Inc. | ) | Adv. Case No. 07-51325 (CSS) |
| JT/SG Enterprises, Inc. d/b/a Solutions Staffing | ) | Adv. Case No. 07-51326 (CSS) |
| Robert Proffitt Trucking | ) | Adv. Case No. 07-51327 (CSS) |
| Red Hed Oil Co. | ) | Adv. Case No. 07-51328 (CSS) |
| Tri-State Express, Inc. | ) | Adv. Case No. 07-51329 (CSS) |
| Ryder Dedicated Logistics, Inc., A Delaware Corporation | ) ) | Adv. Case No. 07-51331 (CSS) |
| Shipper's Consolidation and Distribution, Inc. | ) | Adv. Case No. 07-51332 (CSS) |
| Ferrellgas | ) | Adv. Case No. 07-51333 (CSS) |
| J.T. McKinney Co., Inc. d/b/a McKinney Trailer Rentals and McKinney Trailers & Containers and Les Dobson d/b/a McKinney Trailer Rentals and McKinney Trailers & Containers | ) ) ) ) | Adv. Case No. 07-51334 (CSS) |
| Workflow Solutions, LLC, A Delaware Limited Liability Company | ) ) | Adv. Case No. 07-51335 (CSS) |
| TruckPro, Inc. and TruckPro Parts, Inc. | ) | Adv. Case No. 07-51336 (CSS) |
| NPCR Inc. d/b/a Nextel Partners, Inc. | ) | Adv. Case No. 07-51337 (CSS) |
| QI Exchange, LLC | ) | Adv. Case No. 07-51338 (CSS) |

## AFFIDAVIT OF SERVICE

| STATE OF DELAWARE | ) |
|---|---|
| | ) ss.: |
| COUNTY OF NEW CASTLE | ) |

Margaret Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for the Plaintiff, in the above-captioned action, and that on the 29th day of June, 2007, she caused a true and correct copy of the following document to be served upon the attached service list in the manner indicated:

**(SIGNED) SCHEDULING ORDER**

Margaret Lynzy Oberholzer

Sworn to and subscribed before
me this 29th day of June, 2007

Notary Public
My Commission Expires: 03-21-08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

**S-Tran Adversaries Service List**
6/29/07
Document No. 128721
27 - Hand Delivery
83 - First Class Mail

*Hand Delivery*
(Counsel to Cowan Systems LLC)
David J. Baldwin, Esquire
Gabriel R. MacConail, Esquire
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel for U.S. Security Associates, Inc.)
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Godfrey Transportation, Inc.)
Jeffrey P. Wasserman, Esquire
Ciconte & Wasserman, LLC
1300 King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Load One, Inc.)
Brett D. Fallon, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(Counsel to Norrenberns Truck Service, Inc.)
Raymond H. Lemisch, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Norrenberns Truck Service, Inc.)
Jennifer R. Hoover, Esquire
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Straight A Express, Inc.)
William A. Hazeltine, Esquire
Law Offices of William A. Hazeltine
110 West 9th St. PMB 345
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Sun Logistics Group Inc.)
Brya M. Keilson
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

*Hand Delivery*
(Counsel to A & B Truck Service, Incorporated)
Jeffrey P. Wasserman, Esquire
Ciconte & Wasserman, LLC
1300 King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Ball and Ball Trucking, Inc.)
Jeffrey P. Wasserman, Esquire
Ciconte & Wasserman, LLC
1300 King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Daylight Transport, LLC)
Jennifer M. Becnel-Guzzo, Esq.
Eric Lopez Schnabel, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street - Suite 1410
P.O. Box 1397
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Fuel Masters, LLC)
Kevin S. Mann, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

*Hand Delivery*
(Counsel to FedEx Freight East, Inc.)
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Guy Wolfenbarger, et al.)
Marc J. Phillips, Esquire
Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Parrish Tire Company, Inc.)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Hollingsworth Oil Company Inc.)
Bruce W. McCullough, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

*Hand Delivery*
(Counsel to Nextel Communications)
Brett Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(Counsel to NPCR Inc. d/b/a Nextel Partners, Inc.)
Brett Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(Counsel to Red Hed Oil Co.)
Jeffrey P. Wasserman, Esquire
Ciconte & Wasserman, LLC
1300 King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Shipper's Consolidation and Distribution, Inc.)
Jeffrey P. Wasserman, Esquire
Ciconte & Wasserman, LLC
1300 King Street
Wilmington, DE 19801

*Hand Delivery*
(Ferrellgas, Inc.)
The Corporation Trust Company, Registered Agent for Ferrellgas, Inc.
1209 Orange Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Workflow)
Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

*Hand Delivery*
(Counsel to TruckPro, Inc. and TruckPro Parts, Inc.)
Noel C. Burnham, Esquire
Montgomery McCracken Walker & Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Nextel Partners, Inc.)
Brett Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(JNJ)
Registered Agent for JNJ Logistics, L.L.C.
1220 N. Market Street, Suite 804
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Mid-States Express, Inc.)
Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276

*Hand Delivery*
(Counsel to Robert Proffitt Trucking Inc.)
Jeffrey P. Wasserman, Esquire
Ciconte & Wasserman, LLC
1300 King Street
Wilmington, DE 19801

*First Class Mail*
(Loyal Systems, Inc.)
Nancy Scarborough, Registered Agent for Loyal Systems, Inc.
1590 Cecelia Drive
Gastonia, NC 28054

*First Class Mail*
(Loyal Systems, Inc.)
Jerry Scarborough, Vice President
Loyal Systems, Inc.
1590 Cecelia Drive
Gastonia, NC 28054

*First Class Mail*
(Counsel to Loyal Systems, Inc.)
R. Keith Johnson, P.A.
Builders Building
312 West Trade Street, Suite 600
Charlotte, NC 28202

*First Class Mail*
(Counsel to W.M. Burnett Truck Line, Inc.)
Stephen B. Porterfield, Esquire
Sirote & Permutt, P.C.
P.O. Box 55727
Birmingham, Alabama 35255-5727

*First Class Mail*
(Quality Business Systems, Inc.)
President
Quality Business Systems, Inc.
P.O. Box 740441
Atlanta, GA 30374

*First Class Mail*
(Benton Express)
Vicki C. Lynes
Accounts Receivable Manager
Benton Express, Inc.
P.O. Box 16709
Atlanta, GA 30321

*First Class Mail*
(Tri-State Express, Inc.)
Wesley L. Collins, Vice President
Tri-State Express Inc.
P.O. Box 7458
Huntington, WV 25776-7458

*First Class Mail*
(Goodyear Tire and Rubber Co.)
CSC- Lawyers Incorporating Service
Company, Registered Agent for The
Goodyear Tire & Rubber Company
50 W. Broad Street, Suite 1800
Columbus, OH 43215

*First Class Mail*
(Goodyear Tire and Rubber Co.)
Robert J. Keegan, President
Goodyear Tire and Rubber Co.
1144 E Market Street
Akron, OH 44316

*First Class Mail*
(Goodyear Tire & Rubber Company)
Alan M. Koschik, Esquire
Brouse McDowell, A Legal Professional
Association
1001 Lakeside Avenue, Suite 1600
Cleveland, OH 44114

*First Class Mail*
(Counsel to United Parts Supply, Inc.)
Stephan W. Milo, Esquire
Wharton, Aldhizer & Weaver, PLC
The American Hotel
125 South August Street, Suite 2000
Staunton, VA 24401

*First Class Mail*
(V and S Transportation, Inc.)
Robert L. Reed, Registered Agent for V and
S Transportation, Inc.
19021 South Reyes Avenue
Rancho Dominguez, CA 90221

*First Class Mail*
(Load One)
Ilana N. Glazier
Diane's Trucking, LLC (d/b/a Load One)
12331 Inkster Road
Taylor, MI 48180

*First Class Mail*
(John's Truck Repair Inc.)
Registered Agent or Officer for John's Truck
Repair Inc.
1365 Newland Road
Elizabeth City, NC 27909

*First Class Mail*
(Tommy Thore)
Tommy Thore, Registered Agent for
Tommy Thore, Inc.
1401 Ashby Street
Charlotte, NC 28206

*First Class Mail*
(Counsel to Tommy Thore)
R. Keith Johnson, P.A.
Builders Building
312 West Trade Street, Suite 600
Charlotte, NC 28202

*First Class Mail*
(Beacon Transport, LLC)
Thomas S. Pritchett, Registered Agent for
Beacon Transport, LLC
949 Tyne Boulevard
Nashville, TN 37220

*First Class Mail*
(Beacon Transport, LLC)
President
Beacon Transport, LLC
3003 Brick Church Pike
Nashville, TN 37207

*First Class Mail*
(Satoma)
Tommy E. Mason, Registered Agent for
Satoma, LLC
230 Bullfinch Road
Mooresville, NC 28117

*First Class Mail*
(Satoma)
Tommy E. Mason, Registered Agent for
1952 Moreland Ave, LLC
230 Bullfinch Road
Mooresville, NC 28117

*First Class Mail*
(Satoma)
Tommy E. Mason, Registered Agent for
Beverly Road, LLC
230 Bullfinch Road
Mooresville, NC 28117

*First Class Mail*
(Satoma)
Tommy E. Mason, Registered Agent for
2301 Airport Boulevard, LLC
230 Bullfinch Road
Mooresville, NC 28117

*First Class Mail*
(Counsel to Satoma)
R. Keith Johnson, P.A.
Builders Building
312 West Trade Street, Suite 600
Charlotte, NC 28202

*First Class Mail*
(Counsel to Mid-States Express, Inc.)
Timothy D. Barrow, Esquire
148 Main Street, Suite 3
Lebanon, New Jersey 08833-2157

*First Class Mail*
(Bill Fowlers)
William A. Fowler, III, Registered Agent for
Bill Fowlers Bodyworks
8610 Highway 51 North
Southaven, MS 38671

*First Class Mail*
(Counsel to Three Way Transfers of Arkansas)
Don A. Smith, Esquire
Smith, Maurras, Cohen, Redd & Horan, PLC
1120 Garrison Ave., Suite 200
Fort Smith, AR (72901)
P.O. Box 10205 (72917-0205)

*First Class Mail*
(Bill Fowlers)
President
Bill Fowlers Bodyworks
4265 Sandidge Extension
Olive Branch, MS 38654

*First Class Mail*
(Counsel for Bill Fowlers Bodyworks)
Charles E. Hodum, Esquire
Law Offices of Charles E. Hodum
269 Center Street
Collierville, TN 38017

*First Class Mail*
(Benton Express)
Patricia B. Matthews, Secretary
Benton Express, Inc.
1045 S River Industrial Boulevard
Atlanta, GA 30315

*First Class Mail*
(Benton Express)
Rodney Nix, Registered Agent for Benton Express, Inc.
4141 Thomasville Highway
Moultrie, GA 31768

*First Class Mail*
(Dillon Transportation)
Registered Agent for Dillon Transportation, LLC
3770 Nonaville Road
Mt. Juliet, TN 37122

*First Class Mail*
(Dillon Transportation)
President
Dillon Transportation, LLC
3770 Nonaville Road
Mt. Juliet, TN 37122

*First Class Mail*
(Counsel to Dillon Transportation, LLC)
Bryon M. Gill, Esquire
Rochelle, McCulloch & Aulds, PLLC
109 Castle Heights Avenue North
Lebanon, TN 37087

*First Class Mail*
(Brown Cartage)
Lee H. Brown, President and Registered
Agent for Brown Cartage Company
5801 New Calhoun Highway
Rome, GA  30161

*First Class Mail*
(Brown Cartage)
Brown Cartage Company
Margaret Brown, Secretary
302 Alnuchee Trail
Rome, GA  30161

*First Class Mail*
(CFOEX, Inc.)
Bruce W. Jones, Registered Agent
CFOEX, Inc.
1338 Snyder School Road
Knoxville, TN  37932

*First Class Mail*
(CFOEX, Inc.)
CFOEX, Inc., President
1338 Snyder School Road
Knoxville, TN  37932

*First Class Mail*
(Bridgestone/Firestone)
President
Bridgestone/Firestone North American Tire, LLC
535 Marriott Drive, 9th Floor
Nashville, TN  37214

*First Class Mail*
(Bridgestone/Firestone)
Jay Stapp, Esquire
Associate General Counsel
(BFNT LLC)
Bridgestone Firestone North America Tire LLC
535 Marriott Drive, 9th Floor
Nashville, TN  37214

*First Class Mail*
(Counsel to CFOEX, Inc.)
Edward J. Shultz, Esquire
Ayres & Parkey, Attorneys
111 Fox Road, Suite 102
Knoxville, TN  37922

*First Class Mail*
(McKinney)
Les Dobson, individually and doing business
as McKinney Trailer Rentals and McKinney
Trailers & Containers and as President of
J.T. McKinney dba McKinney Trailer
Rentals and McKinney Trailers &
Containers
8400 Slauson Avenue
Pico Rivera, CA  91101

*First Class Mail*
(Bridgestone/Firestone)
National Registered Agents Inc., Registered
Agent for Bridgestone/Firestone North
American Tire, LLC
1900 Church Street, Suite 400
Nashville, TN  37203

*First Class Mail*
(Bridgestone/Firestone)
National Registered Agents, Inc., Registered
Agent for Bridgestone/Firestone North
American Tire, LLC
160 Greentree Drive, Suite 101
Dover, DE  19904

*First Class Mail*
(Counsel to Gibson Propane, Inc.)
Robert S. Glass, Esquire
Glass Wilkin P.C.
1515 S. Utica Ave., Suite 250
Tulsa, OK  74104

*First Class Mail*
(Falcon Logistics Inc.)
David E. Burns, Registered Agent
Falcon Logistics, Inc.
3003 Brick Church Pike
Nashville, TN  37207

*First Class Mail*
(Falcon Logistics Inc.)
Roger Rumsey, President
Falcon Logistics, Inc.
3003 Brick Church Pike
Nashville, TN 37207

*First Class Mail*
(Tri-State Express, Inc.)
E. Keith Earles, Registered Agent for Tri-State Express, Inc.
302 Third Avenue West
Huntington, WV 25704

*First Class Mail*
(G&K)
Shirley I. Chase, Esquire
Legal Department
G&K Services
5955 Opus Parkway
Minnetonka, MN 55343

*First Class Mail*
(G&K)
C T Corporation System, Registered Agent for G & K Services Co.
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

*First Class Mail*
(G&K)
President
G & K Services Co.
5995 Opus Parkway, Suite 500
Minneapolis, MN 55343

*First Class Mail*
(G&K)
President
G & K Services Co.
3820 Delp Street
Memphis, TN 38118

*First Class Mail*
(Counsel to Godfrey Transportation, Inc.)
James R. Austin
Law Offices of James R. Austin, P.C.
2250 Applewood Lane, P.O. Box 304
Milford, MI 48381

*First Class Mail*
(Greggs)
Gregg Crow, Registered Agent for Greggs Wrecker Service, LLC
614 Highway 31 South
Athens, AL 35611

*First Class Mail*
(Greggs)
President
Greggs Wrecker Service, LLC
616 Highway 31 South, Suite B
Athens, AL 35611

*First Class Mail*
(Genesco)
Roger Sisson, Registered Agent for Genesco, Inc.
1415 Murfreesboro Road
Nashville, TN 37217

*First Class Mail*
(Genesco)
President
Genesco, Inc.
Genesco Park
Nashville, TN 37202

*First Class Mail*
(ITC Deltacom)
CSC Corporation, Registered Agent for ITC Deltacom, Inc.
40 Technology Pkwy South, #300
Norcross, GA 30092

*First Class Mail*
(ITC Deltacom)
J. Thomas Mullis, Secretary
ITC Deltacom, Inc.
7037 Old Madison Pike, Suite 400
Huntsville, AL 35806

*First Class Mail*
(ITC Deltacom)
Corporation Service Company, Registered Agent for ITC Deltacom, Inc.
2711 Centerville Road, Suite 400
New Castle, DE 19808

*First Class Mail*
(ITC Deltacom)
President
ITC Deltacom
1793 O G Skier Drive
West Point, GA 31835

*First Class Mail*
(Royal Purple)
President
Royal Purple Transportation Marketing, L.L.C.
5401 S Harvard, Suite 201
Tulsa, OK 74135

*First Class Mail*
(Counsel to Royal Purple Transportation Marketing, L.L.C.)
John M. Hickey, Esquire
Barber & Bartz
Park Centre
525 S. Main Street, Suite 800
Tulsa, OK 74103-4511

*First Class Mail*
(Counsel to Kann Enterprises)
Nicole Sartori, Esquire
The Sartori Law Office
1948 Essington Rd, Suite C
Joliet, IL 60435

*First Class Mail*
(Counsel to Wichita-Southeast Kansas Transit, Inc.)
Lee B. Brumitt, Esquire
4420 Madison Avenue
Kansas City, MO 64111

*First Class Mail*
(Counsel to Hughes Supply, Inc.)
Richard Hutson, Esquire
Fullerton & Knowles, PC
12644 Chapel Road, Suite 206
Clifton, VA 20124

*First Class Mail*
(Roadrunner)
Registered Agent for Roadrunner Freight Systems, Inc.
2 South Salisbury Street
Raleigh, NC 27601

*First Class Mail*
(Roadrunner)
James G. Esser, Registered Agent for Roadrunner Freight Systems, Inc.
4900 South Pennsylvania Avenue
Cudahy, WI 53110

*First Class Mail*
(Roadrunner)
Alan W. McBride, President, Roadrunner Freight Systems, Inc.
P.O. Box 8903
4900 South Pennsylvania Avenue
Cudahy, WI 53110

*First Class Mail*
(Counsel to JNJ Logistics)
Gary E. Veazey, Esquire
J G Law Firm
780 Ridge Lake Boulevard, Suite 202
Memphis, TN 38120

*First Class Mail*
(Counsel to Lakeland Industries Inc.)
Christopher J. Ryan, Esquire
707-7 Koehler Avenue
Ronkonkoma, NY 11779

*First Class Mail*
(JNJ)
John T. Ennis, Registered Agent for JNJ Logistics, L.L.C.
600 Windsor Park Lane
Collierville, TN 38017

*First Class Mail*
(Counsel to JT/SG Enterprises, Inc. d/b/a
Solutions Staffing)
Michael S. Loughry, Esquire
Mazanec, Raskin, Ryder & Keller Co. LPA
250 Civic Center Drive
Suite 400
Columbus, OH 43215

*First Class Mail*
(Ryder)
Corporation Service Company, Registered
Agent for Ryder Dedicated Logistics, Inc.,
A Delaware Corporation
701 Brazos Street, Suite 1050
Austin, TX 78701

*First Class Mail*
(Ryder)
Gregory T. Sweinton, President
Ryder Dedicated Logistics, Inc., A Delaware
Corporation
11690 NW 105th Street C/O Corp Tax
Medley, FL 33178-1103

*First Class Mail*
(Counsel to Robert Proffitt Trucking)
James R. Austin, Esquire
Law Offices of James R. Austin, P.C.
2250 Applewood Lane, P.O. Box 304
Milford, MI 48381

*First Class Mail*
(Ferrellgas)
CT Corporation System, Registered Agent
for FerrellGas, Inc., Ferrellgas LP and
Ferrellgas Operating L.P.
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

*First Class Mail*
(Ferrellgas)
CT Corporation, Registered Agent for
Ferrellgas, Inc.
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

*First Class Mail*
(Counsel to Ferrellgas)
Rob Willette, Esquire
Ferrellgas
Corporate Counsel
7500 College Boulevard, Suite 1000
Overland Park, KS 66210

*First Class Mail*
(Workflow)
Corporation Service Company, Registered
Agent for Workflow Solutions, LLC, A
Delaware Limited Liability Company
11 S. 12th Street
P.O. Box 1463
Richmond, VA 23218

*First Class Mail*
(Workflow)
President
Workflow Solutions, LLC, A Delaware
Limited Liability Company
3701 E. Virginia Beach Boulevard
Norfolk, VA 23502

*First Class Mail*
(Counsel to TruckPro, Inc. and TruckPro
Parts, Inc.)
James E. Bailey III, Esquire
Farris Mathews Branan Bobango
Hellen & Dunlap, PLC
One Commerce Square, Suite 2000
Memphis, TN 38103

*First Class Mail*
(Counsel to Workflow)
Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

*First Class Mail*
(Counsel to QI Exchange, LLC)
Stephan P. Doughty, Esquire
Lyons, Doughty & Veldhuis, P.A.
15 Ashley Place, Suite 2B
Wilmington, DE 19804