IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>S-TRAN HOLDINGS, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 05-11391 (KJC)<br>(Jointly Administered) |
| SERVICE TRANSPORT, INC.,<br><br>          Plaintiff,<br><br>  v.<br><br>FALCON LOGISTICS, INC.,<br><br>          Defendant. | Adv. Proc. No. 07-51302 (CSS) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that Pursuant to 41(a)(1)(i) of the Federal Rules of Civil

Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, plaintiff Service Transport, Inc. (the "Plaintiff"), one of the above-captioned debtors

and debtors in possession, hereby dismisses with prejudice its Complaint for Avoidance and

Recovery of Preferential Transfers (the "Complaint") against Falcon Logistics, Inc. (the

"Defendant") in the above-captioned adversary proceeding (Adv. No. 07-51302 (CSS)). No

answer, responsive pleading, or motion for summary judgment has been filed by the Defendant.

The Plaintiff dismisses the Complaint and the adversary proceeding with prejudice because the

matter has been settled by the parties.

---

[1] The debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

Dated: August 15, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (Bar No. 3889)
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszyjw.com
        dbertenthal@pszyjw.com
        mseidl@pszyjw.com

—and—

Steven J. Kahn (CA Bar No. 76933)
Jason S. Pomerantz (CA Bar No. 157216)
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: skahn@pszyjw.com
        jsp@pszyjw.com

Attorneys for Debtors/Plaintiff

2