IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>S-TRAN HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 05-11391 (KJC)<br>(Jointly Administered) |
| SERVICE TRANSPORT, INC.,<br><br>Plaintiff,<br>v.<br><br>FALCON LOGISTICS, INC.,<br><br>Defendant. | Adv. Case No. 07-51302 (CSS) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

Margaret Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for the Plaintiff, in the above-captioned action, and that on the 15th day of August, 2007, she caused a true and correct copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

80960-001\DOCS_DE:128475.32

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

_____
Margaret Lynzy Oberholzer

Sworn to and subscribed before
me this 15th day of August, 2007

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

**S-Tran Adversaries**
**Falcon Logistics Service List**
**Document No. 130028**
**1 – First Class Mail**


*First Class Mail*
(Counsel to Falcon Logistics)
Joseph P. Rusnak
Tune, Entrekin & White, PC
Suite 1700, AmSouth Center
315 Deaderick Street
Nashville, TN 37238-1700

S-Tran Holdings, Inc. Core Service List
Case No. 05-11391 (KJC)
Document No. 108605
01 – Interoffice Mail
04 – Hand Delivery
05 – First Class Mail

(Counsel for the Debtors)
Laura Davis Jones, Esq.
Michael R. Seidl, Esq.
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Interoffice Mail**
(Counsel for the Debtors)
David M. Bertenthal, Esq.
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
Three Embarcadero Center, Suite 1020
San Francisco, CA 94111

**Hand Delivery**
(Office of the United States Trustee)
David L. Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Official Committee of
Unsecured Creditors)
Steven M. Yoder, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel for LaSalle Bank)
David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Equity Holder, American Capital
Financial Services, Inc.)
Thomas G. Macauley, Esq.
Elizabeth D. Power, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

**First Class Mail**
(Debtors)
Joe Chandler
President and Chief Executive Officer
Service Transport, Inc.
3403 Mesa Drive
Flower Mound, TX 75022

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602

**First Class Mail**
(Counsel for the Official Committee of
Unsecured Creditors)
Mark A. Salzberg, Esq.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

**First Class Mail**
(Counsel for LaSalle Bank)
Douglas J. Lipke, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

**First Class Mail**
(Counsel for Equity Holder, American Capital
Financial Services, Inc.)
Michael L. Bernstein, Esq.
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1206